Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
Email: brad@slightinglaw.com

*Attorney for Defendant*
*Leading Technology Development, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE MYOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEADING TECHNOLOGY DEVELOPMENT, LLC; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00057-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant Leading Technology Development ("LTD"), by and through its attorney, Bradley S. Slighting, Esq. of the law firm Slighting Law, and Plaintiff George Myott ("Myott"), by and through his attorney, Steven H. Burke, Esq. of the Law Office of Steven H. Burke, LLC, hereby stipulate and agree to extend the deadline for LTD to file a response to Myott's Complaint from January 16, 2024 to **January 19, 2024** to accommodate Defendant's counsel's scheduling conflicts which required additional time to file such a response. This is the first stipulation to extend the deadline to respond to Myott's Complaint. The Parties hereby specifically agree and stipulate as follows:

WHEREAS, on October 25, 2023, Myott filed his Complaint against LTD in the Eighth Judicial District Court, Clark County, Nevada.

WHEREAS, on December 8, 2023, Myott served a Summons and the Complaint on LTD through its registered agent.

WHEREAS, on January 6, 2024, LTD filed its Notice of Removal to this Court.

WHEREAS, LTD's response to Myott's Complaint was due on January 16, 2024.

WHEREAS, on January 16, 2024, counsel for the Parties met and conferred via telephone and agreed to allow LTD an additional three (3) days to file a response to Myott's Complaint to accommodate Defendant's counsel's scheduling conflicts which required additional time to file such a response, thereby extending the deadline for a response from January 16, 2024 to January 19, 2024.

WHEREAS, the Parties submitted their Stipulation to Extend Time to Respond to Plaintiff's Complaint prior to the passing of the deadline for Defendant to respond to Plaintiff's Complaint.

WHEREAS, the Parties' Stipulation to Extend Time to Respond to Plaintiff's Complaint was rejected by the Court on January 17, 2024 because it did not state the reason for the extension.

/ / /

/ / /

/ / /

/ / /

/ / /

THEREFORE, the Parties stipulate and agree to extend the deadline for LTD to file a response to Myott's Complaint from January 16, 2024 to **January 19, 2024** to accommodate Defendant's counsel's scheduling conflicts which required additional time to file such a response and respectfully request that the Court approve and order the same.

IT IS SO STIPULATED this 17th day of January 2024.

| SLIGHTING LAW | LAW OFFICE OF STEVEN H. BURKE, LLC |
|---|---|
| */s/ Bradley S. Slighting* | */s/ Steven H. Burke* |
| Bradley S. Slighting, Esq. (NBN 10225)<br>1707 Village Center Cir., Suite 100<br>Las Vegas, NV 89134 | Steven H. Burke, Esq. (NBN 14037)<br>9205 W. Russell Rd., Suite 240<br>Las Vegas, NV 89148 |
| *Attorney for Leading Technology Development, LLC* | *Attorney for George Myott* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 18, 2024