# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MYOTT,<br>    Plaintiff(s),<br>v.<br>LEADING TECHNOLOGY DEVELOPMENT LLC,<br>    Defendant(s). | Case No. 2:24-cv-00057-JCM-NJK<br>**Order**<br>[Docket No. 16] |

Pending before the Court is a joint discovery plan, Docket No. 16, which is hereby **DENIED** without prejudice for the following reasons.

First, the parties calculate the discovery period from the Rule 26(f) conference, Docket No. 16 at 3, when the local rules mandate that the discovery period be calculated from the date the defendant first answers or otherwise appears, Local Rule 26-1(b)(1).[1]

Second, the parties do not identify the date on which the defendant first answered or otherwise appeared despite the local rules requiring that information. Local Rule 26-1(b)(1).

Third, the caption of the discovery plan does not indicate whether the parties seek the default time schedule or special scheduling review, Docket No. 16 at 1, despite the local rules requiring that information, Local Rule 26-1(a).

Fourth, the discovery plan seeks a deadline for rebuttal experts of July 15, 2020. *See* Docket No. 16 at 3.

Fifth, the discovery plan identifies the local rule governing extension requests as "Local Rule 26-4," Docket No. 16 at 4, when the operative provision was moved four years ago to Local Rule 26-3.

---

[1] By so doing, the discovery plan effectively seeks an elongated discovery period without any justification for such. *But see* Local Rule 26-1(a).

1

Sixth, the discovery plan identifies the undersigned as a "magistrate," Docket No. 16 a 4 (emphasis omitted), when the undersigned's title is "magistrate judge," *see, e.g.*, Local Rule IA 1-3(e).

Seventh, the discovery plan provides a signature line for the "U.S. DISTRICT COURT JUDGE," Docket No. 16 at 4, when the district judge's title is "United States District Judge" and signature lines for the district judge's approval must so reflect, *see, e.g.*, Local Rule IA 6-2.[2]

Eighth, the discovery plan's caption indicates that this Court is the Eighth Judicial District Court for Clark County, Docket No. 16 at 1, when this Court is actually the United States District Court and filings must correctly reflect the court presiding over the case. Local Rule IA 10-2.

Counsel are **ORDERED** to read carefully Local Rules 26-1 and 26-3 in their entirety.[3] Counsel are **CAUTIONED** that <u>future violations of the governing rules may result in the imposition of sanctions or the striking of filings</u>. *E.g.*, Local Rule IA 11-8. An amended discovery plan that complies with the local rules must be filed by March 4, 2024.

IT IS SO ORDERED.

Dated: February 27, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[2] At any rate, discovery plans are generally reviewed by the magistrate judge assigned to the case in this District.

[3] If counsel are unfamiliar with the procedures of this courthouse in general, *see also* Docket Nos. 6, 12, then they must immediately familiarize themselves with the governing rules as a whole.