1

2

3

4                    UNITED STATES DISTRICT COURT

5                         DISTRICT OF NEVADA

6                                 * * *

7    GEORGE MYOTT,                              Case No.2:24-CV-57  JCM (NJK)

8                              Plaintiff(s),

9         v.                                            ORDER

10   LEADING TECHNOLOGY DEVELOPMENT
     LLC,
11
                             Defendant(s).
12

13          Presently before the court is the matter of *Myott v. Leading Technology Development, LLC*,

14   case number 2:24-cv-00057-JCM-NJK.

15

16          Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or

17   to comply with these rules or a court order, a defendant may move to dismiss the action or any

18   claim against it."  Fed. R. Civ. P. 41(b).  This court also has the inherent power to sua sponte

19   dismiss a case for want of prosecution or compliance with court orders.  *Link v. Wabash R. Co.*,

20   370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik*

21   *v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

22

23          This inherent power is also codified in this court's local rules.  Local Rule 41-1 provides

24   that "[a]ll civil actions that have been pending in this court for more than 270 days without any

25   proceeding of record having been taken may, after notice, be dismissed for want of prosecution by

26   the court sua sponte or on the motion of an attorney or pro se party."  LR 41-1.

27

28   . . .

1    On February 19, 2025, the court notified the parties that "[i]f no action is taken in this case

2  within 30 days, the Court will enter an order of dismissal for want of prosecution."  (ECF No. 23).

3  No action has been taken since.

4    Accordingly,

5  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the

6  same hereby is, DISMISSED for want of prosecution.

7    The clerk shall close this case.

8    DATED October 1, 2025.

_____
UNITED STATES DISTRICT JUDGE

- 2 -